**IT IS ORDERED as set forth below:**



Date:  August 14, 2020

_____
W. Homer Drake
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| | : | |
| Shannon Funderburk, | : | BANKRUPTCY CASE |
|    Debtor. | : | 08-13175-WHD |
| _____ | : | |
| | : | |
| Shannon Funderburk, | : | |
|    Plaintiff | : | ADVERSARY PROCEEDING |
| | : | 19-1018 |
| v. | : | |
| | : | |
| Nationstar Mortgage, LLC, | : | IN PROCEEDINGS UNDER |
|    Defendant. | : | CHAPTER 13 OF THE |
| | : | BANKRUPTCY CODE |

### **ORDER**

It appearing that no substantial proceedings of record have been taken in this case for more than six months, the parties have twenty (20) days from the date of the entry of this order in which to file any appropriate motion or status report or this adversary proceeding

shall stand DISMISSED without further order of this Court.

The Clerk is **DIRECTED** to serve this Order on the parties and respective counsel.

**END OF DOCUMENT**